Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
3099 Coney Island Avenue, 3rd Floor
Brooklyn, NY 11235
Tel.: (718) 513-3145

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

                                                  Case No: 17-10042-mg
                                                  Chapter 11

Bibhu LLC.
                                                  **AFFIDAVIT OF PRINCIPAL**
               Debtor.
-----------------------------------------------------------X

STATE OF NEW YORK)
                       ) ss.:
COUNTY OF KINGS   )

___Bibhu Mohapatra, Robert Beard___ being duly sworn, depose and say:

1. We are the majority shareholders of Bibhu LLC., the Debtor herein, and as such, we are fully familiar with the facts and circumstances contained herein, the following is based on our personal knowledge.
2. Fly Art Design LLC is a corporate entity which owns 54.68% of the Debtor's equity interest.
3. There are no other corporations which own 10% or more of any class of the Debtor's equity interest.

Sworn and subscribed before me

On this __10__ day of __January__ 2017

_____
Notary Public

ALLA KACHAN
Notary Public, State of New York
No. 02KA6121528
Qualified in Kings County
Commission Expires May 20, 2017