# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BIBHU LLC. | § | Case No. 17-10042 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 01/10/2017. The case was converted to one under Chapter 7 on 04/12/2021. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $    104,042.58

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 395.94 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]     $    103,646.64

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,452.13. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $8,452.13, for a total compensation of $8,452.13$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/26/2024                 By: /s/YANN GERON, TRUSTEE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 13

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-10042 | MG | Judge: | Martin Glenn | Trustee Name: | YANN GERON, TRUSTEE |
| Case Name: | BIBHU LLC. | | | | Date Filed (f) or Converted (c): | 04/12/2021 (c) |
| | | | | | 341(a) Meeting Date: | 02/15/2017 |
| For Period Ending: | 01/26/2024 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chapter 11 Estate Funds (u) | 0.00 | 104,042.58 | | 104,042.58 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $0.00    $104,042.58    $104,042.58    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 12/31/2023      Current Projected Date of Final Report (TFR): 12/31/2023

**FORM 2**
**Pg 4 of 13**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 17-10042 | Trustee Name: | YANN GERON, TRUSTEE |
| Case Name: BIBHU LLC. | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX0564 |
| | | Checking |
| Taxpayer ID No: XX-XXX7820 | Blanket Bond (per case limit): | $35,445,525.00 |
| For Period Ending: 01/26/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/23 | 1 | Yann Geron, Trustee<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Turnover of Chapter 11 Funds | 1290-000 | $104,042.58 | | $104,042.58 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.58 | $103,987.00 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.81 | $103,872.19 |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.99 | $103,761.20 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.56 | $103,646.64 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $104,042.58 | $395.94 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $104,042.58 | $395.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $104,042.58 | $395.94 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                    Page Subtotals:    $104,042.58    $395.94

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0564 - Checking | $104,042.58 | $395.94 | $103,646.64 |
|  | $104,042.58 | $395.94 | $103,646.64 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $104,042.58 |
| Total Gross Receipts: | $104,042.58 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 17-10042      Date: February 2, 2024
Debtor Name: BIBHU LLC.
Claims Bar Date:

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | YANN GERON<br>YANN GERON<br>GERON LEGAL ADVISORS LLC<br>370 LEXINGTON AVENUE<br>SUITE 1101<br>NEW YORK, NY 10017 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $0.00 | $0.00 |
| 14 150 6990 | B LIVE PRODUCTIONS INC, B LIVE LLC<br>AMOS WEINBERG<br>49 SOMERSET DR. S<br>GREAT NECK N.Y. 11020 | Administrative<br>Payment Status:<br>Valid To Pay | Date Filed: 06/25/2018<br><br>Based on invoice no. 6453, dated 2/13/17. | $0.00 | $2,500.00 | $2,500.00 |
| 15 150 6990 | CHARISMA FASHIONS LLC<br>252 W 38 STREET<br>#305<br>NEW YORK, NY 10018 | Administrative<br>Payment Status:<br>Valid To Pay | Date Filed: 08/03/2018<br><br>Balance reflected in supporting documents in connection with invoice no. 1420, dated 3/20/17. | $0.00 | $3,900.00 | $3,900.00 |
| 18 150 6990 | JS REPS CORP D/B/A ART DEPARTMENT<br>71 WEST 23RD STREET, SUTIE 302<br>NEW YORK, NY 10010 | Administrative<br>Payment Status:<br>Valid To Pay | Date Filed: 08/08/2018<br><br>Supporting documents reflect services rendered 2/9/18. | $0.00 | $6,500.00 | $6,500.00 |
| 19 150 6990 | LA CHAMBRE PUBLIC RELATIONS INC<br>16030 VENTURA BLVD STE 240<br>ENCINO, CA 91436 | Administrative<br>Payment Status:<br>Valid To Pay | Date Filed: 08/09/2018<br><br>Supporting documents reflect this amount due is post-petition. | $0.00 | $2,018.16 | $2,018.16 |
| 4 280 5800 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-734 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 02/02/2018 | $0.00 | $3,540.44 | $3,540.44 |
| 5 280 5800 | NYC DEPARTMENT OF FINANCE<br>TAX, AUDIT AND ENFORCEMENT DIVISION<br>345 ADAMS STREET, 10TH FLOOR<br>BROOKLYN, NEW YORK 11201<br>ATTN: BANKRUPTCY UNIT | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 05/01/2017<br><br>UBT-Partner Tax for filing period 1/1/2009-12/31/2010 | $0.00 | $5,579.73 | $5,579.73 |
| 20 280 5800 | New York State Department of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 10/09/2018<br><br>Claim amended on 5/28/19 (see claim no. 20-5) | $0.00 | $7,254.98 | $7,254.98 |

Page 1      Printed: February 2, 2024

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-10042  
Debtor Name: BIBHU LLC.  
Claims Bar Date:

Date: February 2, 2024

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>300<br>7100 | Nys Department Of Labor<br>State Office Campus<br>Building # 12, Room # 256<br>Albany, Ny 12240 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 01/27/2017 | $0.00 | $0.00 | $0.00 |
| 2<br>300<br>7100 | FEDEX CORPORATE SERVICES, INC.<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD.<br>MODULE G.,3RD FLOOR<br>MEMPHIS, TN 38116-5017 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/06/2017 | $0.00 | $3,179.29 | $3,179.29 |
| 3<br>300<br>7100 | KRUPP PUBLIC RELATIONS INC.<br>D/B/A KRUPP GROUP<br>LAW OFFICE OF RONALD H. FRIER<br>40 PARK AVENUE, SUITE 17B<br>NEW YORK NY 10016 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/13/2017 | $0.00 | $2,260.52 | $2,260.52 |
| 4<br>300<br>7100 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-734 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/02/2018<br><br>Per amended claim no 4-3 dated 2/2/18. | $0.00 | $42,003.46 | $42,003.46 |
| 6<br>300<br>7100 | SURFACE MODEL MANAGEMENT LLC<br>80 VARICK ST. #4C<br>NEW YORK, NY 10013 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 05/04/2017 | $0.00 | $1,080.00 | $1,080.00 |
| 7<br>300<br>7100 | VANDENBERG & FELIU, LLP<br>800 THIRD AVENUE, 24TH FLOOR<br>NEW YORK, NY 10022 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 05/05/2017 | $0.00 | $26,867.80 | $26,867.80 |
| 8<br>300<br>7100 | BLUE STAR SILK CORP<br>108 WEST 39TH ST SUITE 410<br>NEW YORK, NY 10018 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 05/16/2017 | $0.00 | $32,979.13 | $32,979.13 |
| 9<br>300<br>7100 | RICHARD A. BEARD III<br>2907 W. BAY TO BAY BLVD. SUITE 312<br>TAMPA, FL 33629-8187 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 05/30/2017<br><br>On account of promissory notes, dated 9/17/13 and 11/26/13, totaling $100,000 plus interest. | $0.00 | $136,834.00 | $136,834.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-10042  
Debtor Name: BIBHU LLC.  
Claims Bar Date:

Date: February 2, 2024

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | DNA MODEL MANAGEMENT LLC<br>NANCI GREGORY C/O DNA MODEL MGMT LLC<br>555 WEST 25TH ST / 6TH FLOOR<br>NEW YORK NY 10001 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/02/2017 | $0.00 | $1,200.00 | $1,200.00 |
| 12 300 7100 | ALICIA VERGARA<br>C/O LEVITES & ASSCIATES LLC<br>65 BROADWAY<br>SUITE 10005<br>NEW YORK, NY 10006 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/27/2017 | $0.00 | $270,577.71 | $270,577.71 |
| 13 300 7100 | APM MODEL MANAGEMENT<br>53 WEST 36TH STREET<br>SUITE 602<br>NEW YORK, NY 10018 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/07/2018 | $0.00 | $960.00 | $960.00 |
| 14 300 7100 | B LIVE PRODUCTIONS INC, B LIVE LLC<br>AMOS WEINBERG<br>49 SOMERSET DR. S<br>GREAT NECK N.Y. 11020 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/25/2018 | $0.00 | $5,221.88 | $5,221.88 |
| 15 300 7100 | CHARISMA FASHIONS LLC<br>252 W 38 STREET<br>#305<br>NEW YORK, NY 10018 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/03/2018 | $0.00 | $15,750.00 | $15,750.00 |
| 16 300 7100 | ARDY 2M DESIGN PVT LTD<br>65/3F, EVERGREEN INDUSTRIAL ESTATE<br>SHAKTI MILL LANE<br>MAHALAXMI, MUMBAI-400011, INDIA<br>MUMBAI, MAHARASHTRA, IN 40001-1 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/03/2018 | $0.00 | $34,500.00 | $34,500.00 |
| 17 300 7100 | ARDY2M DESIGN STUDIO PVT LTD<br>65/3F, EVERGREEN INDUSTRIAL ESTATE<br>SHAKTI MILL LANE<br>MUMBAI, MAHARASHTRA, IN 40001 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/03/2018<br>Duplicative of claim no. 16. | $0.00 | $0.00 | $0.00 |
| 19 300 7100 | LA CHAMBRE PUBLIC RELATIONS INC<br>16030 VENTURA BLVD STE 240<br>ENCINO, CA 91436 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/09/2018 | $0.00 | $1,896.86 | $1,896.86 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-10042            Date: February 2, 2024
Debtor Name: BIBHU LLC.
Claims Bar Date:

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 21<br>300<br>7100 | MARILYN MODEL MANAGEMENT, INC.<br>32 UNION SQUARE EAST, PH<br>NEW YORK, NY 10003 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/13/2018 | $0.00 | $2,010.00 | $2,010.00 |
| 22<br>300<br>7100 | U.S. TRUSTEE PAYMENT CENTER<br>P.O. BOX 6200-19<br>PORTLAND, OR 97228-6200 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/08/2021 | $0.00 | $1,228.73 | $1,228.73 |
| 10<br>400<br>4210 | Beard Family, Ltd.<br>c/o R.A. Beard Co.<br>2907 W. Bay to Bay Blvd.<br>Ste. 312-E<br>Tampa, FL 33629 | Secured<br>Payment Status:<br>Valid To Pay | Date Filed: 05/30/2017<br>Valid secured claim pursuant to promissory note dated 5/1/13 and UCC Financing Statement dated 6/4/13 | $125,000.00 | $162,398.16 | $162,398.16 |
| | Case Totals | | | $125,000.00 | $772,240.85 | $772,240.85 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-10042  
Case Name: BIBHU LLC.  
Trustee Name: YANN GERON, TRUSTEE  

Balance on hand      $     103,646.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Beard Family, Ltd. | $ 162,398.16 | $ 162,398.16 | $ 0.00 | $ 103,646.64 |

Total to be paid to secured creditors     $    103,646.64

Remaining Balance     $    0.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: YANN GERON | $ 8,452.13 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $    0.00

Remaining Balance     $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Administrative Expenses: B LIVE PRODUCTIONS INC, B LIVE LLC | $ 2,500.00 | $ 0.00 | $ 0.00 |
| Other Prior Chapter Administrative Expenses: CHARISMA FASHIONS LLC | $ 3,900.00 | $ 0.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Administrative Expenses: JS REPS CORP D/B/A ART DEPARTMENT | $ 6,500.00 | $ 0.00 | $ 0.00 |
| Other Prior Chapter Administrative Expenses: LA CHAMBRE PUBLIC RELATIONS INC | $ 2,018.16 | $ 0.00 | $ 0.00 |

    Total to be paid for prior chapter administrative expenses  $ 0.00

    Remaining Balance  $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,375.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | DEPARTMENT OF THE TREASURY | $ 3,540.44 | $ 0.00 | $ 0.00 |
| 5 | NYC DEPARTMENT OF FINANCE | $ 5,579.73 | $ 0.00 | $ 0.00 |
| 20 | New York State Department of Taxation & Finance | $ 7,254.98 | $ 0.00 | $ 0.00 |

    Total to be paid to priority creditors  $ 0.00

    Remaining Balance  $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $578,549.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nys Department Of Labor | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | FEDEX CORPORATE SERVICES, INC. | $ 3,179.29 | $ 0.00 | $ 0.00 |
| 3 | KRUPP PUBLIC RELATIONS INC. | $ 2,260.52 | $ 0.00 | $ 0.00 |
| 4 | DEPARTMENT OF THE TREASURY | $ 42,003.46 | $ 0.00 | $ 0.00 |
| 6 | SURFACE MODEL MANAGEMENT LLC | $ 1,080.00 | $ 0.00 | $ 0.00 |
| 7 | VANDENBERG & FELIU, LLP | $ 26,867.80 | $ 0.00 | $ 0.00 |
| 8 | BLUE STAR SILK CORP | $ 32,979.13 | $ 0.00 | $ 0.00 |
| 9 | RICHARD A. BEARD III | $ 136,834.00 | $ 0.00 | $ 0.00 |
| 11 | DNA MODEL MANAGEMENT LLC | $ 1,200.00 | $ 0.00 | $ 0.00 |
| 12 | ALICIA VERGARA | $ 270,577.71 | $ 0.00 | $ 0.00 |
| 13 | APM MODEL MANAGEMENT | $ 960.00 | $ 0.00 | $ 0.00 |
| 14 | B LIVE PRODUCTIONS INC, B LIVE LLC | $ 5,221.88 | $ 0.00 | $ 0.00 |
| 15 | CHARISMA FASHIONS LLC | $ 15,750.00 | $ 0.00 | $ 0.00 |
| 16 | ARDY 2M DESIGN PVT LTD | $ 34,500.00 | $ 0.00 | $ 0.00 |
| 17 | ARDY2M DESIGN STUDIO PVT LTD | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 | LA CHAMBRE PUBLIC RELATIONS INC | $ 1,896.86 | $ 0.00 | $ 0.00 |
| 21 | MARILYN MODEL MANAGEMENT, INC. | $ 2,010.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | U.S. TRUSTEE PAYMENT CENTER | $ 1,228.73 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE